**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-50611

CRESTLINE BUILDING CORP.,

Plaintiff-Appellee,

versus

CATTLE BARON RESTAURANTS, INC.,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Texas

(EP-96-CA-207)

July 14, 1998

Before POLITZ, Chief Judge, WISDOM and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Cattle Baron Restaurants, Inc., appeals an adverse judgment on jury verdict.

Having considered the briefs and very professional oral arguments of counsel and

pertinent parts of the record, and finding no reversible error, the judgment appealed

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

is AFFIRMED.